AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

2020 JAN 24 AM 10: 18

CLERK U.S.
WESTERN ~~DISTRICT~~ ~~COURT~~ OF TEXAS

BY_____

~~DEPUTY~~ CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| DEFENDANT 1 Teddy Esteban Jose PEREZ-Martinez | ) | 3:2~~0~~- mj - 0341 - LS - (1,2) |
| DEFENDANT 2 - Christian VELEZ | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 22, 2020_____ in the county of _____El Paso_____ in the
_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT # 1 Teddy Esteban Jose PEREZ-Martinez
Charge #1: DEFENDANT # 2 Christian VELEZ

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Arturo Bonilla, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____01/24/2020_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____

Leon Schydlower, U.S. Magistrate Judge
*Printed name and title*

Oath Telephonically Sworn
At _1_ :_00_ PM
Fed.R.Crim.P. 4.1(b)(2)(A)

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT 1 Teddy Esteban Jose PEREZ-Martinez
DEFENDANT 2 Christian VELEZ

PEPT# PEPT2001563

01/24/2020

FACTS    (CONTINUED)

On January 22, 2020, Border Patrol Agents assigned to the Ysleta Border Patrol Anti-Smuggling Unit responded to the illegal entry of two individuals approximately .1 miles west of the Ysleta Port of Entry. After searching the area, agents' encountered two individuals hiding in some bushes attempting to conceal themselves from Border Patrol Agents. Agents questioned the two individuals as to their immigration status and determined that they were both illegally in the United States.

During the arrest, Agents noticed that one of the illegal aliens was in a possession of a cellular phone. The agents also noticed that the illegal alien's cellular phone kept receiving phone calls from a Mexico area code phone number. To agents this is indicative of a smuggling scheme taking place. Agents proceeded to ask the alien for consent to search and use his cellular phone to which he agreed by signing a Consent to Search Telephone Form.

Upon searching the alien's cellular phone, agents noticed that the illegal alien had sent out his location to an unknown smuggler prior to his apprehension through the WhatsAPP application. In an attempt to further the smuggling scheme, agents began to pose as the illegal alien by using his cellular phone.

Agents made contact with the unknown smuggler that the illegal alien had been communicating with. The smuggler instructed agents to continue hiding and two send him his location via WhatsApp. As instructed, agents sent out their location and continued hiding in an area near Ted Kennedy Way in El Paso, TX.  The smuggler again instructed the agents to continue hiding and told them that a pick-up driver would soon be picking them up. A few minutes later, agents observed a blue in color Sport Utility Vehicle (SUV) driving eastbound on Ted Kennedy Way at a very slow speed. The blue SUV came to a stop about 150 feet north of where the agents where hiding and turned on its hazard lights. The blue SUV then made a couple of U-turns on the same street during all while flashing the high beam lights every time it stopped. During one of the times the SUV made a stop, agents noticed that someone was flashing a light from inside the SUV with a flashlight.

During this time agents, received a phone call from the smuggler telling them that the pick-up driver was there for them.  Additionally, the smuggler told the agents that the pick-up driver was in a blue BMW. Agents noticed that the SUV matched the description given by the smuggler and approached the blue BMW SUV. As agents got close to the BMW SUV they noticed it was occupied by two male individuals. Agents also noticed the passenger later identified as DEFENDANT 1 PEREZ-Martinez, Teddy Esteban Jose was on a phone call using his cellular phone. During this time, the driver of the BMW SUV later identified as DEFENDANT 2 VELEZ, Christian instructed the agent to get in the vehicle in the Spanish language. Then both DEFENDANT 1 and DEFENDANT 2 instructing them two get into the vehicle in the Spanish language.

At this time, agents told both DEFENDANT 1 and DEFENDANT 2 that they had just crossed illegally into the United States and if they were there to pick them up to which both replied "Si" and again to get into the SUV. Agents opened the rear doors of the SUV, identified themselves as Border Patrol Agents, and placed both DEFENDANT 1 and DEFENDANT 2 under arrest.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT 1 Teddy Esteban Jose PEREZ-Martinez
DEFENDANT 2 Christian VELEZ

PEPT# PEPT2001563

01/24/2020

FACTS    (CONTINUED)

While agents were removing DEFENDANT 1 from the SUV, he asked agents why he was being arrested. Agents advised him that he was being arrested for picking up illegal aliens. DEFENDANT 1 then freely replied "Well Yea, I'm Guilty. I'm going to have to pay for what I did".

Once at the Ysleta Border Patrol Station, both DEFENDANTs were given their Miranda Rights Warning to which they both agreed to speak with agents without having an attorney present.

During their interview, DEFENDANT 1 admitted to agents that a person by the name of Carlos hired him to pick up illegal aliens. DEFENDANT 1 stated that Carlos gave another person named CHUBY his phone number and from there he began picking up illegal aliens. DEFENDANT 1 stated that on this pickup, Chuby called him and told him there were two people that had just crossed and if he wanted to pick them up. DEFENDANT 1 claimed that he was at Wal-Mart with his father DEFENDANT 2 when he received the call from Chuby. DEFENDANT 1 told DEFENDANT 2 that it was easy money and DEFENDANT 2 agreed to go with him to pick up the illegal aliens. DEFENDANT 1 claims that he was given directions via WhatsApp of where to pick up the illegal aliens. DEFENDANT 1 claims he was going to get paid $300.00 USD for picking up the illegal aliens and he was going to give half to DEFENDANT 2. DEFENDANT 1 stated that he knew the people he was going to pick up where illegal aliens because he has done it in the past.

DEFENDANT 2  claims that he knew the people he was picking up where illegal because his son DEFENDANT 1 had been bragging about how much money he had made picking up illegal aliens. DEFENDANT 2 admitted that him and DEFENDANT 1 where at Wal-Mart when DEFENDANT 1 received a call that there were two illegal aliens that had just crossed. DEFEDNANT 2 stated that DEFENDANT 1 was going to split the money with him and so he agreed to help him pick up the illegal aliens.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set fort herein, I have not included each and every fact known to me concerning this investigation.


Immigration History:
DEFENDANT 1 is a United States Citizen.
DEFENDANT 2 is a United States Citizen.


Criminal History:
DEFENDANT 1:
DEFENDANT 1 has an outstanding warrant for parole violation under warrant # 993149926.
03/14/2008, Terrell, TX, Burglary of Habitation(F), CNV, Juvenile Probation.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT 1 Teddy Esteban Jose PEREZ-Martinez
DEFENDANT 2 Christian VELEZ

PEPT# PEPT2001563

01/24/2020

FACTS    (CONTINUED)

Criminal History:
05/23/2009, Terrell, TX, Poss of Marij(M), CNV, 10 days jail.
03/15/2011, Terrell, TX, Burglary of Habitation(F), CNV, 2 years jail/ 5 years Probation.
08/28/2013, Houston, TX, Fail to ID Fugitive(M), CNV, 30 Days Jail.
07/25/2017, Seminole County, FL, Out of State Fug- Fugitive from Justice(F), CNV, Unknown.

DEFENDANT 2:
02/21/2005, Houston, TX, Poss CS(F), CNV, 90 Days Jail.
12/21/2006, New Braunfels, TX, Poss of CS(F), CNV, 90 Days Jail.
10/31/2007, Houston, TX, Assault Causes Bodily Inj(M), CNV, 30 Days Jail.
03/01/2008, Houston, TX, Theft Prop(M), CNV, 20 Days Jail.
03/13/2008, New Braunfels, Bail Jumping(F), DSM, Dismissed.
06/06/2010, Houston, TX, Crim Misch(M), DSM, Dismissed.
03/01/2012, Houston, TX, Assault Family Member - Two Times(M), CNV, 1 year jail.